# EXHIBIT A

ELECTRONICALLY FILED - 2021 Aug 13 10:23 AM - GREENVILLE - COMMON PLEAS - CASE#2021CP2303875

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF GREENVILLE | )<br>) | IN THE COURT OF COMMON PLEAS |
| Janice Miller | ) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | **SUMMONS** |
| The Prudential Insurance Company of America, | )<br>)<br>) | |
| Defendants. | )<br>) | |

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is attached hereto and herewith served upon you, and to serve a copy of your answer to this Complaint upon the subscriber at **1225 South Church Street, Greenville, South Carolina 29605**, within thirty (30) days after service hereof, exclusive of the day of such service. If you fail to answer, appear or defend, the Plaintiff will apply to the Court for the relief demanded in the Complaint and judgment will be taken against you by default.

                s/John R. Peace
                John Robert Peace, Esq., SC Bar #15521
                PO Box 8087
                Greenville, SC 29604-8087
                Ph: (864) 298-0500
                E-mail: John@PeaceLawFirm.com

                **Attorney for Plaintiff Janice Miller**

August 13, 2021

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF GREENVILLE ) | |
| ) | |
| Janice Miller, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **COMPLAINT** |
| ) | |
| The Prudential Insurance Company of ) | |
| America, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff Janice Miller, by and through her undersigned counsel, complaining of the above-named Defendants would respectfully show unto this Honorable Court the following:

### JURISDICTION AND VENUE

1. Prior to her disability, Plaintiff was an employee of Defendant Henry Schein, Inc., (hereinafter "Henry Schein, Inc.").

2. Upon information and belief, Defendant Henry Schein, Inc. created employee welfare benefits plans for the purpose of providing long term disability (LTD) benefits to its employees.

3. Plaintiff is informed and believes that the name of the employee benefit plan in question is the Henry Schein, Inc. LTD Plan (hereinafter "the Plan").

4. Defendant Henry Schein, Inc. established and/or maintained a policy of group insurance with Defendant Prudential Insurance Company of America (hereinafter "Prudential") in order to provide LTD benefits to its employees who chose to participate in the Plan.

5. At all times material to the allegations contained here, Plaintiff Janice Miller was a

participant in the Henry Schein, Inc. Long Term Disability Plan (hereinafter "the Plan").

6. Defendant Prudential is the insurer and claims administrator of the Plan.

7. Defendants Henry Schein, Inc. and Prudential are each fiduciaries with respect to the Plan.

8. The Plan is governed by the Employee Retirement and Income Security Act of 1974 (hereinafter "ERISA"), 29 U.S.C. § 1001, *et seq.*

9. Pursuant to 29 U.S.C. §1132(e), this Court has jurisdiction over Plaintiff's claims.

## FACTUAL ALLEGATIONS

10. Prior to her disability, Janice Miller enrolled in the LTD Plan.

11. Janice Miller's last day at work was on or about March 11, 2019.

12. Since March 11, 2019, Plaintiff has been unable to perform the material and substantial duties of her Own Occupation or Any Occupation.

13. After she became disabled, Plaintiff applied for LTD benefits.

14. On 9/14/2020, Prudential denied Plaintiff's claim for LTD Benefits.

15. On 3/11/2021, Plaintiff timely appealed Prudential's LTD denial decision.

16. On, 7/27/2021, Defendant Prudential denied Plaintiff's appeal.

17. Despite Plaintiff's continuous total disability since March 11, 2019, Defendants have wrongfully failed to pay LTD benefits to Plaintiff as required by the Plan.

## CAUSE OF ACTION
### Plaintiff's Claim for LTD , pursuant to 29 U.S.C. §§ 1132(a)(1)(B)

18. Plaintiff incorporates all prior allegations herein, where not inconsistent, as if fully set forth herein.

ELECTRONICALLY FILED - 2021 Aug 13 10:23 AM - GREENVILLE - COMMON PLEAS - CASE#2021CP2303875

19. Plaintiff has been totally disabled from performing the material duties of her regular occupation or any other occupation for which she is reasonably qualified since March 11, 2019.

20. Plaintiff is entitled to LTD benefits under the Plan.

21. Plaintiff has been totally disabled from performing the material duties of her own occupation or any other occupation for which she is capable of performing by way of education, training, or experience, and is entitled to LTD benefits to the maximum age under the terms of the Plan as described above.

22. Plaintiff seeks LTD benefits under the terms of the Plan, to enforce her rights under the terms of the Plans, and to clarify her rights to future benefits under the terms of the Plans, pursuant to 29 U.S.C. §1132(a)(1)(B).

23. Plaintiff respectfully requests that the Court order Defendant to pay all amounts due and owing for the Plaintiff's LTD benefits under the terms of the Plan pursuant to 29 U.S.C. § 1132(a)(1)(B).

24. Pursuant to 29 U.S.C. §1132(g), Plaintiff also respectfully requests that the court grant Plaintiff's attorneys fees and costs.

**WHEREFORE,** Plaintiff Janice Miller prays for judgment directing Defendant Prudential to pay Plaintiff's LTD benefits pursuant to the Henry Schein, Inc. Long Term Disability Plan, attorneys fees and costs, and all such further relief as the Court deems just and proper.

[signature on following page]

ELECTRONICALLY FILED - 2021 Aug 13 10:23 AM - GREENVILLE - COMMON PLEAS - CASE#2021CP2303875

ELECTRONICALLY FILED - 2021 Aug 13 10:23 AM - GREENVILLE - COMMON PLEAS - CASE#2021CP2303875

        Respectfully Submitted,

        s/John R. Peace
        John R. Peace, Esq.
        PO Box 8087
        1225 S. Church Street
        Greenville, SC 29604-8087
        Ph-    (864) 298-0500
        Fax-   (864) 271-3130

        **Attorney for Plaintiff Janice Miller**

August 13, 2021

Page 5 of  5