IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Janice Miller, | ) | C.A. No: 6:21-cv-02961-HMH |
| Plaintiff, | ) | |
| vs. | ) | |
| Prudential Insurance Company of America, | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a Rubin order.

Respectfully Submitted

s/John R. Peace
John R. Peace, Fed. ID No. 7411
Peace Law Firm
P.O. Box8087
Greenville, SC 29604-8087
Phone: (864) 298-0500
Fax: (864) 271-3130
E-mail: John@PeaceLawFirm.com

ATTORNEY FOR PLAINTIFF